UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPHINE SLAPPEY,

    Plaintiff,                              Oakland County Circuit Court
                                                  Case No: 2021-187679-NO

    -vs-

TARGET CORPORATION,

    Defendant.
_____/

| | |
|---|---|
| DREW SLAGER (P72941)<br>MANCINI SCHREUDER KLINE P.C.<br>Attorneys for Plaintiff<br>28225 Mound Road<br>Warren, MI 48092-3498<br>(586) 751-3900 \| (586) 751-7203 (fax)<br>dslager@mancini-law.com<br>lsloan@mancini-law.com | KENNETH P. WILLIAMS (P55790)<br>SEGAL MCCAMBRIDGE SINGER & MAHONEY<br>Attorney for Defendant<br>29100 Northwestern Hwy., Suite 240<br>Southfield, MI 48034<br>(248) 994-0060 \| (248) 994-0061 (fax)<br>kwilliams@smsm.com |

## **NOTICE OF REMOVAL**

      TO:    The United States District Court
                 Eastern District of Michigan
                 Southern Division

    NOW COMES the Defendant, TARGET CORPORATION, a Minnesota Corporation, by and through its attorneys, SEGAL McCAMBRIDGE SINGER & MAHONEY, and hereby removes this action and gives notice to Plaintiff of the removal of this action from the Circuit Court of the State of Michigan, County of Oakland, to the United States District Court for the Eastern District of Michigan, Southern Division, and respectfully shows unto this Court as follows:

1. That TARGET CORPORATION is the only Defendant in a civil action brought against it in the Circuit Court for the County of Oakland, State of Michigan, entitled "JOSEPHINE SLAPPEY, Plaintiff, -vs- TARGET CORPORATION, Defendant," Case No: 2021-187679-NO, and that attached hereto are Exhibit 1, Summons, Complaint and Jury Demand; Exhibit 2, Appearance and Notice of Appearance, and constitute all process and pleadings served by and upon the parties in such action; and that no further proceedings have been had therein.

2. That the above-captioned action is a civil action over which this Court has original jurisdiction under the provisions of Title 28, United States Code, Section 1332(a) and is one which may be removed to this Court by the petitioner, defendant herein, pursuant to the provisions of Title 28, United States Code, Section 1441(a), in that it is a civil action wherein the plaintiff claims damages in an amount in excess of $75,000.00, exclusive of interest, costs and attorney fees, by virtue of the claim for damages due to the injuries to Plaintiff's back injury claimed to be due to the alleged incident at the Farmington Hills Target in this case, together with the claim of future loss of income which she claims arises from the incident in this case.

3. That this notice of removal is filed in a timely and proper manner inasmuch as this notice of removal is filed within one (1) year of the filing of the lawsuit on April 28, 2021. 28 USC 1446(b)(3).

4. Where the state court rule provides that Plaintiff may not aver a specific amount for unliquidated damages, the Defendant may remove the case upon receipt of a paper relating to the amount in controversy by which it is first ascertained that the case is or has become removable. 28 USC 1446(c)(2)(A)(ii), (3)(A). Michigan is a state that prohibits a specific amount being demanded for unliquidated damages such as the injury to plaintiff's back, pain and suffering and the like. MCR 2.111(B)(2).

5. That further, this matter may be removed to federal court on the basis of diversity of citizenship under Title 28, United States Code, Section 1332(a)(1) in that plaintiff, JOSEPHINE SLAPPEY, is a resident and citizen of the City of Livonia, County of Oakland and State of Michigan, and defendant is a Minnesota corporation with its principal place of business in Minneapolis, Minnesota, and is not a citizen of the State of Michigan in that it is neither incorporated in, nor has its principal place of business in, the State of Michigan.

WHEREFORE, Defendant gives notice that the above action now pending against it in the Circuit Court of the County of Oakland, State of Michigan is removed therefrom to this Court.

                                      SEGAL McCAMBRIDGE SINGER & MAHONEY

                                      By: /s/ Kenneth P. Williams
                                      KENNETH P. WILLIAMS (P55790)
                                      Attorney for Defendant
                                      29100 Northwestern Hwy., Suite 240
                                      Southfield, MI 48034
                                      248-994-0060

Dated: May 25, 2021

## **NOTICE TO STATE COURT AND COUNSEL OF REMOVAL**

DREW SLAGER (P72941)
Attorney for Plaintiff

CLERK OF THE COURT
Oakland County Circuit Court

      PLEASE TAKE NOTICE that the above-captioned cause has been removed from the Oakland County Circuit Court, State of Michigan, to the United States District Court for the Eastern District of Michigan, Southern Division, and that attached hereto is a copy of the Notice of Removal which was duly filed on May 25, 2021, in said Court. The case has been assigned to Federal Judge _____ and is designated as Civil Action No. __21-11217_____.

                                      SEGAL McCAMBRIDGE SINGER & MAHONEY

                                      By: /s/ Kenneth P. Williams
                                      KENNETH P. WILLIAMS (P55790)
                                      Attorney for Defendant
                                      29100 Northwestern Hwy., Suite 240
                                      Southfield, MI 48034
                                      248-994-0060

Dated: May 25, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2021, a copy of the foregoing Notice of Removal was filed and served electronically via the Court's electronic filing system (or, to the extent such service could not be accomplished because the recipients are not yet registered for electronic service, via first-class U.S. Mail, postage prepaid) to the following parties and counsel:

>DREW SLAGER (P72941)
>MANCINI SCHREUDER KLINE P.C.
>28225 Mound Road
>Warren, MI 48092-3498
>
>Clerk of the Court
>Oakland County Circuit Court

<u>/s/ Kimberly Ollila</u>